UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **JAMES E. LOWRY, ET AL.** | * | **CIVIL ACTION NO. 18-0864** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **TOTAL PETROCHEMICALS & REFINING USA, INC., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Plaintiffs' motion to remand [Doc. No. 9] is hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' claims against Bethlan Production Corporation; Capital Gas, Inc.; J.B.X. Royalties, Inc.; NEPCO, Inc.; Big Creek Operating, Inc.; and Cisco Petroleum, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiffs' claims brought as relators on behalf of the State of Louisiana and the Commissioner of Conservation are hereby **DISMISSED WITHOUT PREJUDICE** in their entirety.

MONROE, LOUISIANA, this 13th day of November, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE